UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH WINDLEY,

               Petitioner,

      - against -

WILLIAM LEE,

               Respondent.
------------------------------------------------------------X

**JUDGMENT**
12-CV-0791 (RRM)

A Memorandum and Order having been filed this day, denying petitioner's motions for

leave to conduct discovery and for a stay and abeyance, denying the petition for a writ of habeas

corpus, denying a certificate of appealability, and directing the Clerk of Court to enter judgment

accordingly and to close this case, it is

**ORDERED, ADJUDGED AND DECREED** that petitioner take nothing of respondent;

that the petition for a writ of habeas corpus is denied; that a certificate of appealability is denied;

and that this case is hereby closed.

Dated: Brooklyn, New York
       August 16, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge